STATE OF NORTH CAROLINA v. GRACE SINGLETON JOHNSON

No. 497A82

(Filed 27 September 1983)

DEFENDANT appealed her conviction of second degree murder and sentence of life imprisonment at the 19 April 1982 Criminal Session of the Superior Court of HENDERSON County, *Kirby, J.* presiding.

*Robert A. Hassell, Thomas C. Manning and Barbara A. Smith, for defendant-appellant.*

*Rufus L. Edmisten, Attorney General, by Assistant Attorney General Wilson Hayman, for the State-appellee.*

PER CURIAM.

While her appeal to this Court was pending, defendant filed a motion for appropriate relief pursuant to G.S. 15A-1415(b)(6) and 15A-1418 on the grounds that defendant had obtained newly-discovered evidence which has a direct and material bearing on the guilt or innocence of defendant. Having reviewed this motion for appropriate relief, we hold that the defendant must receive a new trial on the grounds of newly-discovered evidence.

New trial.